On petition for review filed May 12,* petition for review allowed; decision of Court of Appeals vacated and case remanded to circuit court with instructions October 28, reconsideration denied December 14, 1999

BATZER CONSTRUCTION, INC.,
*Petitioner on Review,*

*v.*

VALIANT INSURANCE COMPANY,
*Respondent on Review.*

(CC 95-4889-L-1; CA A95823; SC S46449)

988 P2d 376

Charles R. Schrader and Emi A. Murphy, of Tarlow, Jordan & Schrader, Portland, filed the petition for petitioner on review.

Timothy C. Gerking, of Brophy, Mills, Schmor, Gerking & Brophy, LLP, Medford, filed the response for respondent on review.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the circuit court with instructions to dismiss the action unless plaintiff makes all persons who have any claim or interest that would be affected by the requested declaration parties to the action within a time to be set by the circuit court.

* Appeal from Jackson County Circuit Court, 158 Or App 126, 970 P2d 700 (1999).